UNITED STATES DISTRICT COURT
NEW JERSEY DISTRICT COURT

| | |
|---|---|
| LUCIA CANDELARIO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br>　v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　Defendant. | Case No.: 3:16-cv-02810-PGS-TJB<br><br>NOTICE OF SETTLEMENT |

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD: PLEASE

**TAKE NOTICE** that the parties, Lucia Candelario, individually and on behalf of the putative class and Whirlpool Corporation, have amicably adjusted this matter and a notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed within forty-five (45) days of the date of this Notice.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　**CLARK LAW FIRM, PC**

　　　　　　　　　　By:　　　　　／s／
　　　　　　　　　　　　　　　　　**MARK W. MORRIS, ESQ.**
　　　　　　　　　　　　　　　　　Gerald H. Clark, Esq. NJ Bar No.048281997
　　　　　　　　　　　　　　　　　Mark W. Morris, Esq. NJ Bar No. 118292015
　　　　　　　　　　　　　　　　　811 Sixteenth Avenue
　　　　　　　　　　　　　　　　　Belmar, New Jersey 07719
　　　　　　　　　　　　　　　　　Phone: (732) 443-0333
　　　　　　　　　　　　　　　　　Fax (732) 894-9647
　　　　　　　　　　　　　　　　　Fax: (504) 524-5763
　　　　　　　　　　　　　　　　　Scott J. Ferrell, Esq.
　　　　　　　　　　　　　　　　　Victoria Knowles, Esq.
　　　　　　　　　　　　　　　　　Newport Trial Group
　　　　　　　　　　　　　　　　　4100 Newport Place, Suite 800
　　　　　　　　　　　　　　　　　Newport Beach, CA 92660
　　　　　　　　　　　　　　　　　Phone: (949) 706-6464
　　　　　　　　　　　　　　　　　Fax: (949) 706-6469

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

Dated: November 7, 2016